UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MICHAEL R. CALLAHAN, and ) | Case No. 11-40674-659 |
| RENE R. CALLAHAN, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| WINDOWS OFF WASHINGTON, LLC, ) | **Adversary No. 11-4077-659** |
| ) | |
| ) | |
| Plaintiff, ) | **PUBLISHED** |
| ) | |
| -v- ) | |
| ) | |
| MICHAEL R. CALLAHAN, and ) | |
| RENE R. CALLAHAN, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

The matter before the Court is Windows Off Washington, LLC's Complaint to Determine non-Dischargeability of a Debt under 11 U.S.C. § 523(a)(2)(A) and 11 U.S.C. § 727(a)(4)(C). Consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **GRANTED IN PART** and judgment is entered in favor of Plaintiff Windows Off Washington, LLC and against Debtors/Defendants Michael R. Callahan and Rene R. Callahan in that the debt in the amount of $9,805.34 plus interest in the amount of $3,798.56, costs in the amount of $621.80 and attorneys fees in the amount of $4,216.65, for a total debt of $18,442.35 is nondischargeable in this

Bankruptcy case pursuant to 11 U.S.C. § 523(a)(2)(A); and this is the final judgment and Order of this Bankruptcy Court in this case.

      *Kathy A. Surratt-States*
      KATHY A. SURRATT-STATES
      United States Bankruptcy Judge

DATED: October 3, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Windows Off Washington, LLC
701 N. 15th St., 10th Floor
St. Louis, MO 63103

David G Bender
RGSZ
7733 Forsyth Blvd.
Fourth Floor
Clayton, MO 63105

Michael and Rene Callahan
424 Golden Valley Dr
St. Louis, MO 63129

William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144